UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 22-cr-329 (TJK) |
| | : | |
| **JEREMY BERTINO,** | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS UPDATE

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Jeremy Bertino, by and through his attorneys JP Davis and Taylor Goodnight, hereby notify the Court that the parties believe Mr. Bertino's cooperation to have been completed. The parties request that the Court order a presentence report and set this matter for sentencing in the ordinary course. The parties are available any day in the two weeks of February 2025, except for February 14, 2025.

Undersigned counsel has conferred with JP Davis and Taylor Goodnight, counsel for Mr. Bertino, and counsel advised that undersigned counsel may file this as a joint status report.[1]

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:    /s/ *Erik M. Kenerson*
    Erik Kenerson
    Assistant United States Attorney
    Ohio Bar No. 82960
    601 D Street NW, Room 5.130
    Washington, DC   20530
    Erik.Kenerson@usdoj.gov
    (202) 252-7201

---

[1] Counsel for both parties request leave to file this notice one day late and apologize for the delay in filing.